# Court of Appeals
# of the State of Georgia

ATLANTA,___April 29, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1321. DWIGHT B. FREEMAN v. THE STATE.

Dwight Freeman was convicted of burglary, criminal attempt to commit armed robbery, kidnapping, and aggravated assault, and his convictions were affirmed on direct appeal. *Freeman v. State*, 244 Ga. App. 393 (535 SE2d 349) (2000). Freeman subsequently filed a motion to vacate void sentences, arguing that certain offenses merged as a matter of fact with other offenses and that he was improperly sentenced to life imprisonment without parole. The trial court denied the motion, and we affirmed the trial court's decision. *Freeman v. State*, Case No. A07A2008 (October 26, 2007). Six years later, Freeman filed another pro se motion to vacate a void sentence, arguing again that he was improperly sentence to life imprisonment without parole. The trial court denied the motion, and Freeman filed this direct appeal. We lack jurisdiction.

This Court previously ruled that the trial court properly sentenced Freeman. "It is axiomatic that the same issue cannot be relitigated *ad infinitum*. The same is true of appeals of the same issue on the same grounds." *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000); see also *Jordan v. State*, 253 Ga. App. 510, 511 (2) (559 SE2d 528) (2002). Our ruling in the prior appeal is res judicata. See *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007). Thus, Freeman is estopped from seeking further judicial review on this issues. See id; see also *Ross v. State*, 310 Ga. App. 326, 328 (713 SE2d 438) (2011) (law of the case rule bars successive void sentence appeals). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____04/29/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*